THE EQUITABLE TRUST COMPANY OF NEW YORK, Appellant, *v.* MAJESTIC HOTEL COMPANY, INC., Respondent.

(Argued April 19, 1933; decided May 23, 1933.)

*A. Donald MacKinnon, William Dean Embree* and *Andrew Jackson* for appellant.

*Jack Lewis Kraus, II, Joel R. Parker* and *Samuel Frankel* for respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.